FILED 2009 NOV 13 PM 1:50 U.S. BANKRUPTCY COURT NORTHERN DISTRICT OF OHIO AKRON

| Claim # | Payee Name | Class | Priority | Amount | Paid to Date | Claim Balance | Proposed Pymt | Funds Remaining |
|---|---|---|---|---|---|---|---|---|
| | 25 SE 2nd Ave Ste 1120<br>Miami FL 33131 | | | | | | | |
| 14 | Wells Fargo Financial Ohio Inc<br>4137 121st Street<br>Urbandale IA 50323 | Unsecured | 300 | $303.00 | $0.00 | $303.00 | $4.03 | $574.16 |
| 15 | Wells Fargo Financial Ohio Inc<br>4137 121st Street<br>Urbandale IA 50323 | Unsecured | 300 | $1,023.00 | $0.00 | $1,023.00 | $13.62 | $560.54 |
| 16 | AMERICAN EXPRESS<br>CENTURION BANK<br>C/O BECKET AND LEE LLP<br>POB 3001<br>MALVERN PA 19355-0701 | Unsecured | 300 | $6,111.30 | $0.00 | $6,111.30 | $81.34 | $479.20 |
| 17 | AMERICAN EXPRESS<br>CENTURION BANK<br>C/O BECKET AND LEE LLP<br>POB 3001<br>MALVERN PA 19355-0701 | Unsecured | 300 | $2,041.70 | $0.00 | $2,041.70 | $27.18 | $452.02 |
| 18 | AMERICAN EXPRESS<br>CENTURION BANK<br>C/O BECKET AND LEE LLP<br>POB 3001<br>MALVERN PA 19355-0701 | Unsecured | 300 | $5,693.69 | $0.00 | $5,693.69 | $75.78 | $376.24 |
| 19 | AMERICAN EXPRESS<br>CENTURION BANK<br>C/O BECKET AND LEE LLP<br>POB 3001<br>MALVERN PA 19355-0701 | Unsecured | 300 | $14,427.91 | $0.00 | $14,427.91 | $192.04 | $184.20 |
| 20 | AMERICAN EXPRESS<br>CENTURION BANK<br>C/O BECKET AND LEE LLP<br>POB 3001<br>MALVERN PA 19355-0701 | Unsecured | 300 | $13,839.45 | $0.00 | $13,839.45 | $184.20 | $0.00 |
| Subtotals For Class Unsecured | 1.33% | | | $147,823.71 | $0.00 | $147,823.71 | $1,967.55 | |
| | Totals | | | $148,479.56 | $0.00 | $148,479.56 | $2,623.40 | $0.00 |

Proposed distribution is dependent on the Court's rulings on administrative expenses, contest of claims, and/or objections made to this proposed distribution.

*[handwritten: ck # 1020]*
*[handwritten: receipt # 81061]*