IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

IN RE:     CASE NO: 08-53830

DENNIS AVON BROUSE     CHAPTER 7
ROSEMARY LOUISE BROUSE
        Debtor(s)     HON. MARILYN SHEA-STONUM
                               BANKRUPTCY JUDGE

## TRANSMITTAL OF UNCLAIMED FUNDS

Marc P. Gertz, Trustee of this estate, reports the following:

1. Ninety days have passed since final distribution was made in this case. A stop payment has been issued on all checks remaining unpaid. The names of the persons to who such unnegotiated checks were issued, the amount of such check and their last known addresses are:

     Claim #6     Card Service Center     $771.21 *177.21*
                     PO Box 23356
                     Pittsburgh, PA 15222

2. Your trustee's check for $177.21 payable to the Clerk of the United States Bankruptcy Court is attached to this report and list.

3. Nothing further remains to be done in this case.

Date: March 25, 2010

                                       Marc P. Gertz, #0003808
                                       Chapter 7 Trustee
                                       Goldman & Rosen, Ltd.
                                       11 S. Forge St.
                                       Akron, OH 44304
                                       Phone: 330.376.8336
                                       Fax: 330.376.2522
                                       mpgertz@goldman-rosen.com

*Ck #1021*
*receipt #81369*

*FILED 2010 MAR 26 PM 1:30 US BANKRUPTCY COURT NORTHERN DISTRICT OF OHIO AKRON*